## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARYANN HODGES, o/b/o<br>H.M.H., a minor child,<br><br>     Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of the<br>Social Security Administration,<br><br>     Defendant. | Case No. CIV-20-302-RAW-SPS |

## <u>ORDER AFFIRMING DECISION OF THE COMMISSIONER</u>

On February 24, 2022, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision denying benefits to Plaintiff and upholding on appeal the findings of the Administrative Law Judge ("ALJ") [Docket No. 21].  The Plaintiff has filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C.§636(b)(1); Fed. R. Civ. P. 72(a) [Docket No. 22].  Claimant objects to the Magistrate Judge's Report and Recommendation asserting that the ALJ committed error in failing to properly consider all of the evidence, to find that H.M.H.'s impairments functionally equaled the severity of a Listing, and to properly perform a consistency evaluation.

This court finds that the Report and Recommendation of the Magistrate Judge is supported by the record.  Therefore, upon full consideration of the record and the issues presented herein, this court finds and orders that the Report and Recommendation entered by the

United States Magistrate on February 24, 2022, be AFFIRMED and ADOPTED by this court as

its Findings and Order and the decision of the Commissioner is AFFIRMED.


      **IT IS SO ORDERED** this 16th day of March, 2022.

.

 

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**